# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tigress Sydney Acute McDaniel, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00826-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| VTT Management Inc. | ) | |
| VTT Charlotte LLC | | |
| Debbie Hicks | | |
| Christopher Loebsack | | |
| Latonya Cameron | | |
| Elizabeth Thorton Trosch | | |
| Brittany Banks | | |
| John and Jane Does 1-30 | | |
| Victor Jimenez | | |
| Mecklenburg County Code Enforcement | | |
| Marta Carson | | |
| Becky T. Tin | | |
| Donnie Hoover, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2017 Order.

June 20, 2017

Frank G. Johns, Clerk
United States District Court