UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00826-RJC-DSC

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL, et al., ) ) ) Plaintiffs, ) ) v. ) ) VTT MANAGEMENT, INC., et al., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's request for a hearing to address "issues presented by Plaintiff[']s apparent refusal to communicate with counsel outside of court, thereby impeding the ability to complete Pretrial requirements." (Doc. No. 57). The Court **DENIES** Defendant's request. Parties are to file pretrial materials and prepare for trial September 4, 2018.

Signed: August 7, 2018

_____
Robert J. Conrad, Jr.
United States District Judge